UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL R. HAMLIN,           )<br>                              )<br>        Plaintiff            )<br>                              )<br>v.                            )         No. 2:12-cv-82-JAW<br>                              )<br>ERIC HOLDER, et al.,          )<br>                              )<br>        Defendants            )  | |

### RECOMMENDED DECISION ON ORDER TO SHOW CAUSE

On August 28, 2012, this court ordered the plaintiff to show cause why timely service of process had not been made upon named defendants Harry G. Lappin, W. M. Woodall, E. Garcia, O. Jones, V. Williams, Ms. Anderson, Duke Terrel, and the Northeast Regional Office of the Bureau of Prisons. Order to Show Cause (ECF No. 16). The order required the plaintiff to show good cause in writing no later than September 11, 2012. *Id*. No response has been filed. The order provided that, if good cause was not shown, the complaint would be dismissed as to these defendants. *Id*. I now recommend that the complaint be so dismissed.

Rule 4 of the Federal Rules of Civil Procedure governs service of process. It provides, in relevant part:

> If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

1

In the absence of a response by the plaintiff to the order to show cause, there is no evidence that the named defendants have evaded service, concealed a defect in any attempted service, or been prejudiced by the failure to serve.  *See Choice Hotels Int'l, Inc. v. HARI OM, LLC*, No. 2:10-cv-342-GZS, 2011 WL 31431, at *2 (D. Me. Jan. 4, 2011).  Nor is there any suggestion that an applicable statute of limitations may have expired.  *Id*

Accordingly, this action should be dismissed without prejudice as to defendants Lappin, Woodall, Garcia, Jones, Williams, Anderson, Terrel, and the Northeast Regional Office of the Bureau of Prisons.  *Cataldo v. United States Dep't of Justice*, No. 99-264-B-C, 2000 WL 760960, at *8-*9 (D. Me. May 15, 2000),[1] and the Order to Show Cause should be terminated.

### *NOTICE*

*A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which de novo review by the district court is sought, together with a supporting memorandum, within fourteen (14) days after being served with a copy thereof.  A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.*

*Failure to file a timely objection shall constitute a waiver of the right to de novo review by the district court and to appeal the district court's order.*

Dated this 21st day of September, 2012.

/s/  John H. Rich III
John H. Rich III
United States Magistrate Judge

---

[1] If the court adopts this recommended decision, that part of certain defendants' Motion to Substitute (ECF No. 17) and Motion to Dismiss (ECF No. 18) joined in by the Northeast Regional Office of the Bureau of Prisons would be rendered moot.