UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL R. HAMLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:12-cv-00082-JAW |
| ERIC HOLDER, et al., | ) ) ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed September 21, 2012, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the this matter be dismissed without prejudice as to Defendants Lappin, Woodall, Garcia, Jones, Williams, Anderson, Terrel, and the Northeast Regional Office of the Bureau of Prisons. It is further ORDERED that the Order to Show Cause (ECF No. 16) be terminated.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2012