UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL R. HAMLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:12-cv-00082-JAW |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed January 31, 2013 (ECF No. 44), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion to Dismiss of Defendants United States of America, Bureau of Prisons, Northeast Regional Office of the Bureau of Prisons, Metropolitan Detention Center, and United States Marshal's Office (ECF No. 18) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2013