UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL R. HAMLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-cv-00082-JAW |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 15, 2013 (ECF No. 46), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion to Dismiss of the individual defendants (ECF No. 42) be and hereby is GRANTED due to insufficient service of process.

SO ORDERED.

        /s/ John A. Woodcock, Jr._____
        JOHN A. WOODCOCK, JR.
        CHIEF UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2013